669 A.2d 237

IN THE MATTER OF WILLIAM B. BUTLER,
AN ATTORNEY AT LAW.

January 16, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WILLIAM B. BUTLER** of **WESTFIELD,** who was admitted to the bar of this State in 1967, and who was suspended from the practice of law for three months, effective October 16, 1995, by Order of this Court dated September 20, 1995, be restored to the practice of law, effective immediately.